AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELVIS BENSON,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ECKHORN, GREGORIO ANDERSON, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To: ERIC ECKHORN<br>Chicago Police Headquarters<br>Fifth Floor<br>3510 S. Michigan Ave.<br>Chicago, IL 060653 | No. 08 CV 2346<br><br>Judge Manning<br>Magistrate Judge Valdez |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                           Date

**Michael W. Dobbins, Clerk**

*J. Cervantes*
_____
(By) DEPUTY CLERK

_____
June 6, 2008
Date

08 CV 2346

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Date 6/6/08 |
| NAME OF SERVER (PRINT) Dan Corbett | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Eric Eckhorn c/o Patricia Martin
CPD Headquarters 3510 S. Michigan Chicago, IL 60653
6/6/08 1:50 P.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/6/08
Date

Signature of Server

Metro Service Inc. 4647 W. 103rd St Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.