IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS BENSON, | ) | |
| | ) | No. 08 C 2346 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Manning |
| | ) | |
| ERIC ECKHORN, GREGORIO ANDERSON, UNKNOWN OFFICERS, and the CITY OF CHICAGO, | ) ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, CITY OF CHICAGO'S, AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City, and with the agreement of Plaintiff's counsel, moves this Court for an extension of time until July 24, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1. Defendant City was served with Plaintiff's Complaint on June 6, 2008. Therefore, the City's Answer or other responsive pleading is due June 26, 2008.

2. On June 19, 2008, the undersigned was assigned to this case and filed her appearance on behalf of the City.

3. Due to previously scheduled vacation plans, the undersigned will be away from the office from June 20, 2008 through June 25, 2008, and will not be able to attend to this matter in the interim.

4. Therefore, Defendant City's counsel requests additional time to conduct an investigation and review materials pertinent to the allegations in this case so that it may properly

answer or otherwise plead.

5.      This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will not prejudice any party nor unduly delay the resolution of the disputed issues.

6.      On June 19, 2008, Defendant City sought agreement from Plaintiff's counsel for this extension of time, which he has granted.

**WHEREFORE,** Defendant, City of Chicago, respectfully asks this Court for an extension of time until July 24, 2008, to file its Answer or to otherwise plead to Plaintiff's Complaint.

                Respectfully submitted,

                MARA S. GEORGES
                CORPORATION COUNSEL

BY:     */s/ Meghan K. Kennedy*
                Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230