IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS BENSON, | ) | |
| | ) | No. 08 C 2346 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Manning |
| | ) | |
| ERIC ECKHORN, GREGORIO ANDERSON, UNKNOWN OFFICERS, and the CITY OF CHICAGO, | ) ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To: Blake Wolfe Horwitz
Horwitz, Richardson, & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on June 19, 2008, Defendant, City of Chicago, filed its **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning, or before such other judge sitting in her place, on the 26th day of June, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 19th day of June, 2008.

/s/ *Meghan K. Kennedy*
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230