IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS BENSON, | ) | |
| | ) | No. 08 C 2346 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| ERIC ECKHORN, GREGORIO ANDERSON, | ) | |
| UNKNOWN OFFICERS, and the | ) | |
| CITY OF CHICAGO, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Blake Wolfe Horwitz
      Horwitz, Richardson & Baker, LLC
      20 S. Clark Street, Suite 500
      Chicago, IL 60603

   **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants Eric Eckhorn's and Gregorio Anderson's Answer, Defenses, and Jury Demand**, a copy of which is attached and served upon you.

Date:   August 11, 2008


                                           By:   s/ Marc J. Boxerman
                                                 MARC J. BOXERMAN


Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790