IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELVIS BENSON, ) | |
| ) | No. 08 C 2346 |
| Plaintiff, ) | |
| ) | Judge Manning |
| v. ) | |
| ) | Magistrate Judge Valdez |
| ERIC ECKHORN, GREGORIO ANDERSON, ) | |
| UNKNOWN OFFICERS, and the ) | |
| CITY OF CHICAGO, ) | Jury Demand |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: Blake Wolfe Horwitz
Horwitz, Richardson & Baker, LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants Eric Eckhorn's and Gregorio Anderson's Motion to Dismiss Count VI of Plaintiff's Complaint or in the Alternative 12(E) Motion for More Definite Statement**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Blance M. Manning, or before such other Judge sitting in his stead, on August 19, 2008, at 11:00 a.m., or as soon thereafter as I may be heard, in room 2125 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date: August 11, 2008

By: s/ Marc J. Boxerman
MARC J. BOXERMAN

City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790