UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elvis Benson
                            Plaintiff,

v.                                           Case No.: 1:08−cv−02346
                                                      Honorable Blanche M. Manning

Eric Eckhorn, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants, Eric Eckhorn and Gregorio Anderson's Motion to dismiss Count VI of plaintiff's complaint or in the alternative 12(E) Motion for more definite statement [24] is entered. Plaintiff to respond to the motion by 9/12/2008. Defendants to reply by 9/26/2008. Ruling will be by mail. No appearance is necessary on 8/19/2008. Status hearing set for 10/2/2008 is stricken. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.