IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELVIS BENSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC ECKHORN, GREGORIO ANDERSON, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | <br><br><br><br>No. 08 C 2346<br><br>Judge Manning<br><br>Magistrate Judge Valdez |

**NOTICE OF FILING**

I hereby certify that on August 26, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document(s):

INITIAL STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Marc J. Boxerman    mboxerman@cityofchicago.org


                                        s/Amanda S. Yarusso

                                        **Horwitz, Richardson, & Baker, LLC.**
                                        20 S. Clark Street, Suite 500
                                        Chicago, IL  60603
                                        (312) 676-2100
                                        (312) 372-7076 (Fax)