IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELVIS BENSON,  Plaintiff,  v.  JUSTIN ISAAC, KEITH CONNOLLY, and the CITY OF CHICAGO,  Defendants. | No. 08-2346  Judge Manning  Magistrate Judge Valdez |

**NOTICE OF FILING**

I hereby certify that on September 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document(s):

NOTICE OF FILING AND PLAINTIFF'S FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Marc J. Boxerman    mboxerman@cityofchicago.org

        s/ Blake Horwitz_____
        Attorney for the Plaintiff

        **Horwitz, Richardson, & Baker, LLC.**
        20 S. Clark Street, Suite 500
        Chicago, IL  60603
        (312) 676-2100
        (312) 372-7076 (Fax)