UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Elvis Benson
                        Plaintiff,

v.                                                 Case No.: 1:08−cv−02346
                                                     Honorable Blanche M. Manning

Officers, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 9/2/2008 and continued to 11/13/08 at 9:30 a.m. Court adopts the agreed discovery plan as follows: Rule 26(a)(1) disclosures due by 9/22/08. Fact discovery to be completed by 1/15/2009. Reports to be disclosed 30 days prior. Plaintiff is granted leave to file the amended complaint by close of business of 9/2/08. Plaintiff's unopposed oral motion to extend briefing schedule as to defendant's motion to dismiss count VI of plaintiff's complaint or in the alternative 12(e) motion for more definite statement [24] is granted in light of the fact that the extension is to provide more time for potential settlement discussion is granted. Response to be filed by 10/3/08. Reply by 10/17/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.